NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERRY ALLEN JR., DC#C00076,                )
                                            )
           Appellant,                       )
                                            )
v.                                          )          Case No. 2D17-3714
                                            )
STATE OF FLORIDA,                           )
                                            )
           Appellee.                        )
                                            )
_____   )

Opinion filed February 16, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Terry Allen, Jr., pro se.

PER CURIAM.


           Affirmed.


KELLY, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.